UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**GARY S. LOGSDON,**

    **Plaintiff,**

v.

                                                                                 Case No: 5:20-cv-335-Oc-PGBPRL

**KENNETH H. DAVIS,**
**SHERRY R. MANSFIELD,**

    **Defendants.**

_____/

**ORDER ON PLAINTIFF'S RENEWED AND EXPEDITED MOTION FOR THE ISSUANCE OF AN ORDER ALLOWING PLAINTIFF TO POST A BOND**

    THIS MATTER has come before this Court on Plaintiff's Renewed and Expedited Motion for the Issuance of an Order Allowing Plaintiff to Post a Bond. (Doc. 9). The Court having reviewed the file and said Motion, and being otherwise fully advised in the premises, it is:

    **ORDERED AND ADJUDGED** that:
1. Plaintiff's Motion (Doc. 9) is **GRANTED**.
2. Plaintiff is ordered to deposit a total of $60,888.20 with the United States Clerk of Court for the Middle District of Florida, which amount represents the face amount of the lien at issue ($59,351.00) plus the federal post-judgment rate of 2.59%.

    **DONE** and **ORDERED** in Ocala, Florida on July 30, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished:
Counsel of Record